FILED'08 JAN 17 14:22 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RHONDA OZUNA OBO, on behalf of         06-CV-1574-PK
ARMANDO R. OZUNA, a minor,

                                                    ORDER

        Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

BROWN, Judge.

    Magistrate Judge Paul Papak issued Findings and Recommendation (#11) on November 21, 2007, in which he recommended this Court affirm the Social Security Commissioner's final decision to terminate benefits for minor Armando R. Ozuna. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Papak's Findings and Recommendation (#11) and **AFFIRMS** the Social Security Commissioner's decision to terminate Ozuna's benefits. Accordingly, the Court **DISMISSES** this matter **with prejudice**.

IT IS SO ORDERED.

DATED this 16th day of January, 2008.

                                             _____
                                             ANNA J. BROWN
                                             United States District Judge

2 - ORDER