FILED 08 JAN 18 08:21 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| RHONDA OZUNA OBO, on behalf of<br>ARMANDO R. OZUNA, a minor,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant. | 06-CV-1574-PK<br><br>JUDGMENT |

BROWN, Judge.

    Based on the Court's Order (#13) issued January 17, 2008, the Court **DISMISSES** this matter **with prejudice**.

    IT IS SO ORDERED.

    DATED this 17th day of January, 2008.

                                                */s/ Anna J. Brown*
                                              ANNA J. BROWN
                                              United States District Judge

1   -   JUDGMENT